Amy M. Gallegos (Bar No. 211379)
Christopher S. Lindsay (Bar No. 280525)
Andrew G. Sullivan (Bar No. 301122)
agallegos@jenner.com
clindsay@jenner.com
agsullivan@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199
Attorneys for Defendant
Midland Credit Management, Inc.;

Robert W. Murphy
Law Office of Robert W. Murphy
1212 SE 2nd Avenue
Ft Lauderdale, FL  33316
Telephone:  (954-763-8660
rphyu@aol.com
Attorney for Plaintiff
Laura E. Hartman

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA E. HARTMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>            Defendant. | Civil No. 3:12-cv-2789<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Michael M. Anello |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of the above-captioned matter with prejudice and without costs.

DATED: April 27, 2017

Respectfully submitted,

| /s/ Robert W. Murphy | /s/ Amy M. Gallegos |
|---|---|
| Robert W. Murphy<br>Law Office of Robert W. Murphy<br>1212 SE 2nd Avenue<br>Ft Lauderdale, FL 33316<br>Telephone: (954-763-8660)<br>rphyu@aol.com<br>Attorney for Plaintiff | Amy M. Gallegos (Bar No. 211379)<br>Christopher S. Lindsay (Bar No. 280525)<br>Andrew G. Sullivan (Bar No. 301122)<br>agallegos@jenner.com<br>clindsay@jenner.com<br>agsullivan@jenner.com<br>Jenner & Block LLP<br>633 West 5th Street, Suite 3600,<br>Los Angeles, CA 90071<br>Ph: 213.239.2208<br>AGallegos@jenner.com<br>Attorneys for Defendant |